ACCEPTED
01-15-00718-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
11/9/2015 10:30:09 AM
CHRISTOPHER PRINE
CLERK

## NO. 01-15-00718-CV

<div style="float:right">

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
11/9/2015 10:30:09 AM
CHRISTOPHER A. PRINE
Clerk

</div>

IN THE
FIRST COURT OF APPEALS
HOUSTON, TEXAS

**Humble Surgical Hospital L.L.C., Humble Surgical Hospital Services, L.L.C., Humble Surgical Holdings, L.L.C., Houston Humble Surgical, P.L.L.C., Humble Spine Surgery, P.L.L.C.**
**Appellant,**

**v.**

**Christy L. Traynor**
**Appellee.**

## APPELLEE'S UNOPPOSED MOTION TO EXTEND TIME TO FILE APPELLEE'S BRIEF

On Appeal from Cause No. 1044724
In the County Court of Law No. 2, Harris County, Texas

TO THE HONORABLE FIRST COURT OF APPEALS:

Appellee, CHRISTY L. TRAYNOR, files this Unopposed Motion to Extend Time to File Appellee's Brief, in accordance with Rules 10.5(b)(1) and 38.6(d) of the Texas Rules of Appellate Procedure, and in support thereof would respectfully show as follows:

1.     The current due date for Appellee to file Appellee's brief is *Monday, November 9, 2015.* Respondent requests an extension of 20 days to file its Response, to and including **Monday, November 30, 2015**.

2.     This is the first request by Respondent for additional time to file her brief. This Motion is timely pursuant to TEX. R. APP. P. 38.6 (d).

3.     The requested extension of time is necessary because the undersigned counsel has only recently secured the clerk's record, supplemental record and reporter's record in this case. In addition, she has been, substantially involved in several other matters, including, among others:

> No. 2014-66194; *In the interest of the marriage of Amy M. Canaba and Benjamin Canaba, Jr. and in the interest of H.B. A., a minor child;* in the 245th District Court of Harris County, Texas (trial was set November 2, 2015);

> No. CV00072943; *J.O.F. v. Arc Light Electric, Inc., Shannon Hammons, et.al,* In the County Court at Law No. 2 Galveston County, Texas (trial set December 7, 2015 and depositions ongoing);

4.     The requested extension is reasonable and necessary to allow Appellee adequate time to prepare her brief. This request is not made for delay, but only so that justice may be done.

5.     These facts are within the personal knowledge of the undersigned counsel. Therefore, verification is not required.

6. For all of these reasons, Respondent respectfully requests the Court to grant this unopposed motion for additional time of 20 days to file Appellee's Brief, to and including **Monday, November 30, 2015**.

WHEREFORE, PREMISES Appellee, Christy L. Traynor, respectfully requests the Court to grant her Unopposed Motion for Extension of Time to File its Brief for 20 days, to and including **Monday, November 30, 2015.** Appellee additionally prays for such other and further relief to which she may be justly entitled.

Respectfully submitted,

**HOULETTE & GRAY P.L.L.C.**

*/s/ Jacqueline M. Houlette*
**Jacqueline M. Houlette**
TBA No. 00787718
440 Louisiana, Suite 900
Houston, Texas 77002
Telephone: (713) 236-7740
Facsimile: (713) 583-3010
jhoulette@houlette-gray.com

**ATTORNEY FOR APPELLEE**

## CERTIFICATE OF CONFERENCE

In accordance with TEX. R. APP. P. 10.1(a)(5), the undersigned appellate counsel has conferred with Joshua Anderson, counsel for Appellant on November 5, 2015 regarding the merits of this Motion. Mr. Anderson indicated that Appellant is **unopposed** to this Motion being granted.

 */s/  Jacqueline M. Houlette*
Jacqueline M. Houlette


## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of **Appellee's Unopposed Motion to Extend Time to File Appellee's Brief** was served upon the counsel of record below via electronic filing on November 9, 2015.


Chastiti N. Horne, Esq.
Joshua Anderson, Esq.
Ebanks Horne Rota Moos L.L.P.
1301 McKinney, Suite 2700
Houston, Texas 77010-3079

Allen D. Russell, Esq.
Taylor, Taylor & Russell
815 Walker, Suite 250
Houston, Texas 77002

*/s/ Jacqueline M. Houlette*
**Jacqueline M. Houlette**